# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd St. Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

June 20, 2025

*The conference scheduled for June 23, 2025, is adjourned sine die, and all trial or pretrial deadlines are canceled. The parties shall file a Rule 68 offer of judgment and acceptance by July 23, 2025.*

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**VIA ECF**        Date: 6/20/25

Hon. Lewis J. Liman, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

     Re:    **Romero et al v. Maximus Tire Shop, Inc. et al**
             **24-cv-07309-LJL**

Your Honor:

    We represent Plaintiff in the above-referenced matter. We write on behalf of the parties to request the conference scheduled for June 23, 2025 be adjourned sine die. This is the first request of its kind and is submitted on consent. We apologize for the tardiness of this request.

    The parties mediated and reached an agreement in principle. (Docket No. 27) The parties will be resolving this case through a Rule 68 offer of judgment and acceptance pursuant to *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019). The parties anticipate needing thirty days to finalize the offer and acceptance and file them on the docket. As such, we respectfully request the conference on June 23, 2025 be adjourned sine die.

                                                     Respectfully,

                                                     /s/*Jesse Barton*
                                                     Jesse Barton, Esq.
                                                     Michael Faillace & Associates, P.C.