UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WAINE ROMERO, *individually and on behalf of others similarly situated*,

          *Plaintiff*,

-against-

MAXIMUS TIRE SHOP, INC. (D/B/A MAXIMUS TIRESHOP) and MIGUEL MUSSENDEN,

          *Defendants,*
-----------------------------------------------------------------X

Civil Action No. **24-cv-07309-LJL**

**JUDGMENT**

## **JUDGMENT**

On July 22, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, WAINE ROMERO, has judgment against MAXIMUS TIRE SHOP, INC. (D/B/A MAXIMUS TIRESHOP) and MIGUEL MUSSENDEN, jointly and severally, in the amount of Forty Thousand Dollars and Zero Cents ($40,000), which is inclusive of attorneys' fees and costs.

Dated: __July 23__, 2025

SO ORDERED.

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE